People v Braxton (2025 NY Slip Op 05643)

People v Braxton

2025 NY Slip Op 05643

Decided on October 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 14, 2025

Before: Manzanet-Daniels, J.P., Moulton, González, Rosado, Chan, JJ.

Ind. No. 1384/20, 1162/20, 75474/22|Appeal No. 4927|Case No. 2024-00469|

[*1]The People of the State of New York, Respondent,

v

Jaytiwon Braxton, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Phoenix Rice-Johnson of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Alex King of counsel), for respondent.

Judgments, Supreme Court, New York County (Ann E. Scherzer, J.), rendered November 28, 2023, convicting defendant, upon his pleas of guilty, of two counts of attempted murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him to consecutive terms of six years on the two attempted murder convictions and a three and one-half year term on the weapon possession conviction, to run concurrently with the other sentences, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.

We perceive no basis for reducing defendant's sentence.

Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept. 2021]). We note that the People do not oppose this relief.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: October 14, 2025